[No. 26968-0-III.   Division Three.   January 29, 2009.]

*In the Matter of the Marriage of* CHRISTOPHER E. HARVEY, *Appellant*, and BRENDA MARIE HARVEY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-3-00236-4, Kenneth L. Jorgensen, J., entered February 15, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 26985-0-III.   Division Three.   January 29, 2009.]

THOMAS C. ALLEN, *Appellant*, v. JAMES G. CANTERBURY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-2-00318-1, John E. Bridges, J., entered February 26, 2008. *Reversed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[No. 60336-1-I.   Division One.   February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HUAN C. HUYNH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06210-6, Joan E. DuBuque, J., entered June 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60448-1-I.   Division One.   February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03587-3, Jeffrey M. Ramsdell, J., entered August 17, 2007. *Affirmed* by unpublished per curiam opinion.